Case 2:06-cr-00026-AAA   Document 80   Filed 11/09/2006   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT

2006 NOV -9 P 3: 4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO.: CR206-26 |
| | : | |
| KYLE McCORMICK, | : | |
| JAMES RAY SHEARIN | : | |
| WENDELL O'NEAL | : | |
| IKE GROOVER | : | |

### ORDER

The Court has been advised that all motions filed by Kyle McCormick have been resolved by the parties except McCormick's Motion to Suppress.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this 9th day of November, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)