IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 FEB 13 P 2: 40

CLERK _L. LaVictoire_
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: CR206-26 |
| KYLE McCORMICK,<br>JAMES RAY SHEARIN<br>WENDELL O'NEAL<br>IKE GROOVER | |

### ORDER

The Court has been advised that the issue raised in Defendant McCormick's Motion in Limine in which he seeks to suppress any custodial statement made by him to law enforcement officers has been resolved. Accordingly, said Motion in Limine is **dismissed** as moot.

**SO ORDERED**, this 13th day of February, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)